UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVE GAPHOOR,

    Plaintiff,

v.                                              Case No. 3:24cv70-LC-HTC

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On February 20, 2024, the Court ordered Plaintiff to, within twenty-one days: (1) file an amended complaint on the Court's required complaint form; and (2) either file a complete motion to proceed *in forma pauperis* or pay the $405 filing fee. Doc. 3. The February 20 Order warned Plaintiff that his failure to comply could result in a recommendation that this case be dismissed. After Plaintiff failed to comply with the February 20 Order within the allotted time, the Court ordered him, on March 18, 2024, to show cause within fourteen days why this case should not be dismissed due to his failure to comply with the February 20 Order. Doc. 5. To date, Plaintiff has not responded to the March 18 Order or complied with the February 20 Order. Based on the foregoing, dismissal of this case is appropriate. *See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an

action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted); *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk close the file.

At Pensacola, Florida, this 11th day of April, 2024.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.