UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVE GAPHOOR,

    Plaintiff,

v.                                Case No. 3:24cv70-LC-HTC

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 11, 2024 (ECF No. 6), recommending this case be dismissed without prejudice due to Plaintiff's failure to prosecute and failure to comply with Court orders. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections hae been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

3. The clerk shall close the file.

**DONE AND ORDERED** this 10th day of May, 2024.

                        s/*L.A. Collier*
                    **LACEY A. COLLIER**
                    **SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv70-LC-HTC